# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| JOEL ZELLMER,<br><br>              Petitioner,<br><br>v.<br><br>DONALD HOLBROOK,<br><br>              Respondent. | NO. C17-1776-RSM-BAT<br><br>ORDER GRANTING RESPONDENT'S MOTION FOR AN EXTENSION OF TIME TO FILE AN ANSWER<br>~~(PROPOSED)~~ |

The Court, having considered the Respondent's <u>unopposed</u> motion for an extension of time, the Declaration of John Samson, and the records and files herein, does hereby find and ORDER:

1. Respondent's motion for an extension of time to February 15, 2018, to file an answer to the habeas corpus petition is GRANTED.

2. The Clerk shall send uncertified copies of this Order to counsel for the Petitioner and to counsel for the Respondent.

DATED this 23rd day January, 2018.

                                                                        BRIAN A. TSUCHIDA
                                                                        United States Magistrate Judge

Presented by:
ROBERT W. FERGUSON
Attorney General

ORDER GRANTING RESPONDENT'S MOTION FOR AN EXTENSION OF TIME TO FILE AN ANSWER ~~(PROPOSED)~~ NO. C17-1776-RSM-BAT

1

ATTORNEY GENERAL OF WASHINGTON
Corrections Division
PO Box 40116
Olympia, WA 98504-0116
(360) 586-1445

s/ John J. Samson
JOHN J. SAMSON, WSBA # 22187
Assistant Attorney General

## CERTIFICATE OF SERVICE

I hereby certify that on the date below, I caused to be electronically filed the foregoing ORDER GRANTING RESPONDENT'S MOTION FOR AN EXTENSION OF TIME TO FILE AN ANSWER (PROPOSED) with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following CM/ECF participant:

**JEFFRY FINER, Attorney for Petitioner**          **jeffry@finerwinn.com**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

EXECUTED this 8th day of January, 2018, at Olympia, Washington.

s/ Tera Linford
TERA LINFORD
Legal Assistant
Corrections Division
PO Box 40116
Olympia WA  98504-0116
360-586-1445
teral@atg.wa.gov

ORDER GRANTING RESPONDENT'S
MOTION FOR AN EXTENSION OF
TIME TO FILE AN ANSWER
(PROPOSED) NO. C17-1776-RSM-BAT

2

ATTORNEY GENERAL OF WASHINGTON
Corrections Division
PO Box 40116
Olympia, WA 98504-0116
(360) 586-1445