UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOEL ZELLMER,<br><br>                Petitioner,<br><br>    v.<br><br>DONALD R. HOLBROOK,<br><br>                Respondent. | CASE NO. C17-1776 RSM-BAT<br><br>**ORDER GRANTING PETITIONER'S UNOPPOSED MOTION TO STAY** |

Petitioner filed an unopposed motion to stay and abey the habeas petition to permit petitioner and King County to complete their litigation over disputed public record requests. Dkt. 13. A stay and abeyance of this matter will allow the State of Washington to review and exhaust petitioner's claims that prosecution authorities gained improper access to protected attorney-client communications, exploited this access, and thereby affected his defense at the state trial. The Court finds that it is in the interest of justice to **GRANT** petitioner's motion to stay.

(1) This matter is hereby **STAYED**.

(2) Petitioner shall, **on six month intervals** beginning 6 months from the date of this Order, confer with opposing counsel and advise the Court in writing of the status of the two state appeals.

(3) **Within 10 days of finality for either appeal**, petitioner shall advise the Court of

ORDER GRANTING PETITIONER'S
UNOPPOSED MOTION TO STAY - 1

the fact of that appeal's termination.

DATED this 2nd day of February, 2018.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER GRANTING PETITIONER'S
UNOPPOSED MOTION TO STAY - 2