UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOEL ZELLMER,<br><br>                Petitioner,<br><br>  v.<br><br>DONALD R. HOLBROOK,<br><br>                Respondent. | CASE NO. C17-1776 RSM-BAT<br><br>**ORDER DIRECTING PETITIONER TO FILE A STATUS REPORT BY SEPTEMBER 20, 2018** |

On February 2, 2018, the Court stayed this matter and directed petitioner to file a status report regarding his two pending state appeals every six months. Dkt. 15. More than six months have passed since that date and petitioner has not filed a status report. The Court therefore **ORDERS** petitioner to file a status report by **September 20, 2018**.

DATED this 6th day of September, 2018.

                                                          BRIAN A. TSUCHIDA
                                                          Chief United States Magistrate Judge