UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOEL ZELLMER,

        Petitioner,

v.

DONALD R. HOLBROOK,

        Respondent.

CASE NO. C17-1776 RSM-BAT

**ORDER DIRECTING PETITIONER TO FILE A STATUS REPORT BY APRIL 5, 2019**

The Court stayed this matter and directed petitioner to file a status report regarding his two pending state appeals every six months. Dkt. 15. Petitioner filed his last status report on September 20, 2018. Dkt. 17. More than six months have passed since that date and petitioner has not filed another status report. The Court therefore **ORDERS** petitioner to file a status report by **April 5, 2019**.

DATED this 29th day of March, 2019.

                                BRIAN A. TSUCHIDA
                                Chief United States Magistrate Judge