UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOEL ZELLMER,<br><br>    Petitioner,<br><br> v.<br><br>DONALD R HOLBROOK,<br><br>    Respondent. | CASE NO. C17-1776 RSM-BAT<br><br>**ORDER LIFTING STAY AND ABEYANCE AND DIRECTING RESPONDENT TO FILE AN ANSWER BY MAY 20, 2019** |

Petitioner has informed the Court that the stay and abeyance is no longer needed because the pending state actions have concluded. Dkt. 19. The Court therefore **LIFTS** the stay and abeyance, Dkt. 15, and **DIRECTS** respondent to file and serve either an answer or other response such as a dispositive motion or a motion to stay proceedings by **May 20, 2019**.

An answer must conform with Rule 5 of the Rules Governing Section 2254 Cases, and also indicate whether an evidentiary hearing is necessary. Respondent must note the answer or other response for the court's consideration on the fourth Friday after filing. Petitioner's response to the answer or other response must be filed and served no later than the Monday immediately before the Friday designated for consideration of the matter. Respondent's reply must be filed no later than the Friday designated for consideration of the matter. Counsel shall deliver to the Clerk's Office a paper copy of any electronically filed document that is more than 50 pages in

length. The paper copy should be clearly marked "Courtesy Chambers Copy."

DATED this 5th day of April, 2019.

BRIAN A. TSUCHIDA
Chief United States Magistrate Judge

ORDER LIFTING STAY AND ABEYANCE
AND DIRECTING RESPONDENT TO FILE
AN ANSWER BY MAY 20, 2019 - 2