UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOEL ZELLMER,

                Petitioner,

v.

DONALD R HOLBROOK,

                Respondent.

CASE NO. C17-1776 RSM-BAT

**ORDER GRANTING STIPULATED MOTION FOR AN EXTENSION OF TIME AND RENOTING HABEAS PETITION FOR JUNE 28, 2019**

The Court **GRANTS** petitioner's motion for an extension of time to file a response to respondent's answer. Dkt. 24. Petitioner's response brief is due **June 24, 2019**; respondent's optional reply brief is due **June 28, 2019**; and the answer to the habeas petition, Dkts. 21, 23, is **RENOTED** for **June 28, 2019**.

The Court reminds petitioner that motions should be accompanied by a proposed order in PDF format, while the same proposed order should be sent in Word format to the chambers' electronic mailbox.

DATED this 11th day of June, 2019.

                                                _____
                                                BRIAN A. TSUCHIDA
                                                Chief United States Magistrate Judge