UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOEL ZELLMER,<br><br>               Petitioner,<br><br>    v.<br><br>DONALD R HOLBROOK,<br><br>               Respondent. | CASE NO. C17-1776 RSM-BAT<br><br>**ORDER DIRECTING PETITIONER TO FILE A RESPONSE BY JULY 1, 2019 AND RENOTING PETITION FOR JULY 8, 2019** |

The Court earlier granted petitioner's stipulated request to extend the deadlines for the remaining briefs. Dkt. 25. Petitioner's response brief was due on June 24, 2019. Dkt. 25. Petitioner has yet to file a response brief.

The Court presumes that petitioner's earlier request for an extension time meant that he intended on filing a response brief. The Court therefore **DIRECTS** petitioner to file a response to the habeas answer by **July 1, 2019**. If he does not do so by that date, the Court will presume that petitioner intends to rely only upon the argumentation in the habeas petition itself. Respondent may file an optional reply brief on **July 8, 2019**. The Court **RENOTES** consideration of respondent's habeas answer for **July 8, 2019**.

///

///

ORDER DIRECTING PETITIONER TO FILE
A RESPONSE BY JULY 1, 2019 AND
RENOTING PETITION FOR JULY 8, 2019 - 1

DATED this 25th day of June, 2019.

/s/ Brian A. Tsuchida
BRIAN A. TSUCHIDA
Chief United States Magistrate Judge

ORDER DIRECTING PETITIONER TO FILE
A RESPONSE BY JULY 1, 2019 AND
RENOTING PETITION FOR JULY 8, 2019 - 2